# Court of Appeals
# of the State of Georgia

ATLANTA, May 19, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1345. RICHARD EUGENE DANIEL v. THE STATE

In 2014, Richard Daniel pled guilty to possession with intent to distribute methamphetamine; this Court affirmed the denial of his motion to withdraw his guilty plea the following year. See *Daniel v. State*, Case No. A14A2334 (Mar. 2, 2015). In 2020, Daniel filed a motion for an out-of-time appeal and extraordinary motion to withdraw his guilty plea, each of which the trial court denied in an order entered on December 8, 2020. Daniel filed a notice of appeal on April 13, 2021[1]. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Pretermitting whether Daniel had a right of direct appeal here, Daniel's notice of appeal was untimely filed more than four months after entry of the order he seeks to appeal.

---

[1] Previously, Daniel filed an untimely notice of appeal from the same orders he challenges in the instant appeal. We dismissed his appeal for lack of jurisdiction. See Case No. A21A1003, (Feb. 26, 2021).

Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/19/2021
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*